KARL KNUCHEL
SHENA ROATH
**Karl Knuchel, P.C.**
101 North E Street
P.O. Box 953
Livingston, Montana 59047
Telephone:  (406) 222-0135
Facsimile:  (406) 222-8517
Email:      karl@knuchelpc.com
            shena@knuchelpc.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| JAMES L. BARKER AND JEANNE A. BARKER, | Case No.: 1:17-cv-00021-SPW-TJC |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' AND DEFENDANT BANK OF AMERICA, NA'S STIPULATED MOTION TO DISMISS** |
| BANK OF AMERICA, NA, ONEWEST BANK, CIT BANK, NA, FIRST AMERICAN TITLE COMPANY, TRUSTEE, CHARLES PETERSON, TRUSTEE | |
| Defendants. | |

COMES NOW the above-named Plaintiffs, James L. Barker and Jeanne A. Barker, by and through the undersigned attorney of record, and hereby move this

MOTION TO DISMISS - 1

Court to dismiss this matter as it relates to Defendant Bank of America, NA. The Plaintiffs and Defendant, Bank of America, NA herby stipulate and agree that this matter may be dismissed with prejudice as to Bank of America, NA only, with each party to bear their own costs and attorney fees, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.

Plaintiff respectfully requests that this Court dismiss this matter with prejudice as to Bank of America, NA.

Respectfully submitted this ___ day of March 17.

KARL KNUCHEL, P.C.
*Attorneys for PLAINTIFF*

_____
Karl Knuchel, Attorney

BROWNING, KALECZYC, BERRY & HOVEN, P.C.
*Attorneys for BANK OF AMERICA, N.A.*

_____
Mark D. Etchart, Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that I served a full, true and accurate copy of the foregoing document on the 22nd day of March, 2017, to the following named person:

_____ by personal service

_____ by depositing a copy of same in the mail box maintained at the Clerk of Court's office in the Park County Courthouse in Livingston, Montana for the following attorney

_____ by FAX to the following FAX number

_____ by depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

    ✓    by ECF

*/s/ Mark D. Etchart*

Mark D. Etchart
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 North Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT 59642

MOTION TO DISMISS - 3