

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JAMES L. BARKER AND JEANNE A. BARKER, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., ONEWEST BANK, CIT BANK, N.A., FIRST AMERICAN TITLE COMPANY OF MONTANA, INC., Trustee, CHARLES PETERSON, Trustee, <br><br> Defendants. | CV 17-21-BLG-SPW-TJC <br><br> ORDER |

Defendant Bank of America, N.A. ("BOA") filed its Motion to Dismiss (Doc. 3) on February 23, 2017. Prior to any further briefing on the motion, the Court entered an order dismissing BOA from this case based on the stipulaton of the parties. (*See* Docs. 9, 10). Accordingly,

IT IS ORDERED that BOA's Motion to Dismiss (Doc. 3) is DENIED as moot.

1

DATED this 4th day of May, 2017.

*Susan P. Watters*
Susan P. Watters
U. S. DISTRICT JUDGE