UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES L. BARKER, JEANNE A. BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; ONEWEST BANK, CIT BANK, N.A., FIRST AMERICAN TITLE COMPANY OF MONTANA, INC., Trustee, AND CHARLES PETERSON, Trustee,<br><br>Defendants. | Case No. CV-17-21-BLG-SPW<br>CV-17-55-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFFS.

Dated this 14th day of February, 2018.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Deputy Clerk