IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES L. BARKER, JEANNE A. BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, CIT BANK, N.A., FIRST AMERICAN TITLE COMPANY OF MONTANA, INC., Trustee, CHARLES PETERSON, Trustee,<br><br>Defendants. | CV 17-21-BLG-SPW-TJC<br>CV 17-55-BLG-SPW-TJC<br><br>**ORDER** |

A Status Conference was held on October 30, 2018. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an Amended Complaint, or the parties shall file a Stipulation for Dismissal, together with a proposed order dismissing the case by **November 20, 2018**.

2. If neither an Amended Complaint nor a Stipulation for Dismissal is filed by the deadline, the Court will recommend to Judge Watters that this action be dismissed with prejudice.

DATED this 30th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge