UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES L. BARKER, JEANNE A. BARKER,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., CIT BANK, N.A., ONEWEST BANK, FIRST AMERICAN TITLE COMPANY OF MONTANA, INC., Trustee, and CHARLES PETERSON, Trustee,<br><br>             Defendants. | Case No. CV-17-21 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

### JUDGMENT IN FAVOR OF DEFENDANTS

Dated this 9th day of September, 2019.

                          TYLER P. GILMAN, CLERK

                          By: /s/ A. Carrillo
                          A. Carrillo, Deputy Clerk